THE STATE OF OHIO, APPELLANT, *v.* DUNCAN, APPELLEE.

[Cite as *State v. Duncan* (2000), 89 Ohio St.3d 522.]

(No. 00–730—Submitted July 25, 2000—Decided August 3, 2000.)

*Michael K. Allen*, Hamilton County Prosecuting Attorney, and *Philip R. Cummings*, Assistant Prosecuting Attorney, for appellant.

The discretionary appeal is allowed. The judgment of the court of appeals is reversed on the authority of *Woods v. Telb* (2000), 89 Ohio St.3d 504, 733 N.E.2d 1103, the cause is remanded to the trial court for judgment consistent with *Woods*, and defendant's conviction for escape is reinstated.

MOYER, C.J., RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

DOUGLAS, J., dissents.